AUSA: Keith Savino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **26 MAG 2418** |
| v. | RULE 5(c)(3) AFFIDAVIT |
| EVERETT E. BREWSTER, | |
| Defendant. | |

SOUTHERN DISTRICT OF NEW YORK, ss.:

_Erik Irizarry_, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service ("USMS"), and states as follows:

On or about May 26, 2016, the United States District Court for the Eastern District of Virginia issued an arrest warrant (the "Arrest Warrant") for "Everett Brewster" based on violations of "Everett Brewster's" supervised release in the Eastern District of Virginia. The Arrest Warrant was related to two different arrests in Queens, New York, from June 26, 2007, and November 7, 2007, which were in violation of "Everett Brewster's" federal supervision. A copy of the Arrest Warrant is attached hereto as Exhibit A.

On or about June 18, 2026, I participated in the transfer of custody of EVERETT BREWSTER, the defendant, in New York, New York. EVERETT BREWSTER was transported to 500 Pearl Street from Green Haven New York State Correctional Facility, where he was serving a New York State prison sentence. I believe that BREWSTER is the "EVERETT BREWSTER" who is named in the Arrest Warrant.

The bases for my knowledge and for the foregoing are, in part, as follows:

1. I am a Deputy U.S. Marshal with the USMS. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of the defendant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from the United States District Court for the Eastern District of Virgina, I know that, on or about May 26, 2016, the United States District Court for the Eastern District of Virgina issued the Arrest Warrant.

3. On or about June 18, 2026, at approximately 12:15 p.m.., I participated in the transfer of custody of EVERETT BREWSTER, the defendant, at the United States Courthouse, located at 500 Pearl Street in New York, New York, pursuant to the Arrest Warrant.

4.      Based on my participation in the transfer of custody, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that EVERETT BREWSTER, the defendant, is the "Everett Brewster" named in the Arrest Warrant, for the reasons set forth below, among others:

a.  I have reviewed law enforcement records regarding "Everett Brewster," the person identified in the Arrest Warrant. That information includes information regarding his name, date of birth, height, weight, and Social Security Number.

b.  On or about June 18, 2026, EVERETT BREWSTER was transferred from New York State custody, where he was serving a state prison sentence, to federal custody, on the Arrest Warrant. Among the transfer paperwork from the New York State Department of Corrections and Community Supervision ("DOCCS") was paperwork including BREWSTER's name, date of birth, and social security number. I reviewed this paperwork and compared it the information for "Everett Brewster" on the Arrest Warrant, and the information matched.

5.      Accordingly, I believe that EVERETT BREWSTER, the defendant, is the "Everett Brewster" named in the Arrest Warrant.

WHEREFORE, I respectfully request that EVERETT BREWSTER, the defendant, be imprisoned or bailed, as the case may be.

Deputy U.S. Marshal
United States Marshals Service

Erik Trizamp.

Sworn to before me this
18th day of June, 2026

THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

# EXHIBIT A

3

FIO-2800329

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern __ District of __ Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.     3:00cr407 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Everett E. Brewster | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Everett E. Brewster

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition on Supervised Release

Date:      05/26/2016

*Issuing officer's signature*

City and state:    Richmond, Virginia

T. Johnston, Deputy Clerk

*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | *Arresting officer's signature* _____ <br> *Printed name and title* _____ |

MAY 2 6 2016

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs._Everett E. Brewster_____    Docket No. _3:00CR00407-001_____

### Petition on Supervised Release

COMES NOW Rhonda E. Greene, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Everett E. Brewster who was placed on supervision by the Honorable James R. Spencer, Senior United States District Judge, sitting in the Court at Richmond, Virginia, on the 17th day of May, 2001, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

(See Attachments)

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(See Attachments)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation: No bond recommended.**

### ORDER OF COURT

Considered and ordered this ____26ᵗʰ____ day of __May_____, 2016
and ordered filed and made a part of the records in the above case.

/s/
James R. Spencer
Senior U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5|19||6

Rhonda E. Greene
Senior U.S. Probation Officer

Place: Richmond, Virginia

**TO CLERK'S OFFICE**

Prob 12A(10/09)

Petition on Supervised Release
Page 2
RE: BREWSTER, Everett E.

OFFENSE:   Count One: Conspiracy to Pass Counterfeit Money, in violation of 18 U.S.C. § 371, a Class D Felony.

SENTENCE: 15 months' imprisonment; two (2) years supervised release; and a $100.00 special assessment fee.

ADJUSTMENT TO SUPERVISION:

Mr. Brewster appeared before the Honorable James R. Spencer on May 17, 2001. He was sentenced to 15 months' incarceration with two (2) years of supervised release to follow. On December 31, 2001, Mr. Brewster was released from the Federal Bureau of Prisons to a Virginia State detainer. On July 24, 2004, his term of supervised release began, after being released to State Probation/Parole on July 24, 2004. As of the writing of this report, Mr. Brewster has failed to report to the U.S. Probation Office as directed. On May 11, 2016, this officer became aware that Mr. Brewster had been convicted in New York of the charges outlined below. Mr. Brewster has an anticipated release date from the New York Department of Corrections of January 17, 2030.

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY CONDITION:                COMMISSION OF A CRIME.

On June 26, 2007, Mr. Brewster appeared before the Queens County Supreme Court and was found guilty of the following charges:

Criminal Possession of Stolen Property – 5th Degree
Criminal Possession Weapon – 2nd Degree: Loaded Firearm - Felony
Robbery - 1st: Displays What Appears to Be a Firearm - Felony
Robbery 1st: Forcible Theft Armed With a Deadly Weapon - Felony
Robbery 2nd Degree: Displays What Appears to Be a Firearm - Felony
Robbery 2nd: Aided By Another - Felony
Robbery 2nd: Motor Vehicle - Felony
Criminal Possession of a Loaded Firearm - 3rd Degree - Felony
Criminal Possession of Stolen Property - 3rd Value – Felony

On November 7, 2007, Mr. Brewster appeared before the Queens County Criminal Court and was found guilty of the following charges:

Criminal Possession of Stolen Property 5th Degree – Misdemeanor 1 year
Criminal Possession Weapon 2nd Degree – Loaded Firearm – Felony 15 years
Robbery 1st – Felony 25 years
Robbery 1st – Felony 25 years
Robbery 2nd Degree – Felony 15 years
Robbery 2nd Aided by Another – Felony 15 years
Robbery 2nd Motor Vehicle – Felony 15 years
Criminal Possession Loaded Firearm 3rd Degree – Felony 7 years
Criminal Possession Stolen Property 3rd Value – Felony 28 months

Prob 12A (10/09)

Petition on Supervised Release
Page 3
RE: BREWSTER, Everett E.


On December 10, 2007, Mr. Brewster appeared before the Queens County Criminal Court and was found guilty of the following charge:

Grand Larceny 4th Degree - Felony 5 years

| MANDATORY CONDITION: | FAILURE TO REPORT IN PERSON TO THE PROBATION OFFICE WITHIN 72 HOURS OF RELEASE FROM THE CUSTODY OF THE BUREAU OF PRISONS. |
|---|---|

Mr. Brewster was released from the Bureau of Prison on December 31, 2001, and failed to report to the U.S. Probation Office as directed.


REG/ltf
Attachments
c:  SUSPO Billeter

Prob 12A (10/09)